1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

CHRISTOPHER M. MCINTYRE,

          Plaintiff,

v.

ALLSTATE INSURANCE COMPANY,

          Defendant.

Case No.  C05-5814RBL

ORDER DISMISSING
**FRIVOLOUS COMPLAINT
PURSUANT TO 28 U.S.C. §
1915**

The Court, having reviewed the Report and Recommendation of Magistrate Judge J. Kelley Arnold, objections to the report and recommendation, if any, and the remaining record, does hereby find and ORDER:

(1)     The Court adopts the Report and Recommendation;

(2)     Plaintiff's complaint is DISMISSED;

(3)     The Clerk is directed to terminate this action pursuant to **28 U.S.C. § 1915(e)** and to count

this as a dismissal under **28 U.S.C. § 1915(g)**; and

(4)     The Clerk is directed to send copies of this Order to plaintiff and to the Hon. J. Kelley

Arnold.

DATED this 24th day of April, 2006.

RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

ORDER
Page - 1